UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v.<br><br>ONE 1980 CESSNA T210N AIRPLANE,<br>TAIL NUMBER N4723Y, SERIAL<br>NUMBER 21063993<br>   *Defendant*.<br><br>[CLAIMANT: REGINA SANTOS QUISPE] | Civil No.<br><br><br><br><br><br><br><br><br>June 29, 2022 |

## **VERIFIED COMPLAINT OF FORFEITURE**

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 49 U.S.C. § 46306(d)(1), which provides for the forfeiture of aircraft whose use is related to a violation of subsection (b) of this section, specifically 49 U.S.C. § 46306(b)(4), if the person obtains a certificate authorized to be issued under this part by knowingly and willfully falsifying or concealing a material fact, making a false, fictitious, or fraudulent statement, or making or using a false document knowing it contains a false, fictitious, or fraudulent statement or entry.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355.

3. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

4. The Defendant is One 1980 Cessna T210N Airplane, Tail Number N4723Y, Serial Number 21063993 ("Defendant Airplane").

1

5. The Defendant Airplane is located within the jurisdiction of this Court.

6. On April 4, 2022, Regina Santos Quispe submitted an administrative claim of ownership to the Defendant Airplane.

### Aircraft Registration Regulations

7. Any aircraft registered with the Federal Aviation Administration (FAA) must be owned by United States citizens or United States Lawful Permanent Residents.  Other entities that may qualify as a U.S. citizen for purposes of U.S. registered aircraft ownership are as follows: a) a trust with one or more trustees, of which all trustees must be U.S. citizens; b) a corporation organized under the law of one of the states of the United States, where the president is a U.S. citizen and two-thirds or more of the board of directors or any other managing officers are U.S. citizens, and where a minimum of 75 percent of the voting interest is owned or controlled by persons who are U.S. citizens; c) a limited liability company organized under the law of one of the states of the United States, where the president is a U.S. citizen and two thirds or more of the board of directors and the designated managers are U.S. citizens, and where a minimum of 75 percent of the membership voting interest is owned or controlled by persons who are U.S. citizens; or d) a partnership, where each partner is a citizen of the United States. 49 U.S.C. § 46306(b)(5) prohibits any person who "owns an aircraft eligible for registration under section 44102 of this title and knowingly and willfully…allow another person to operate the aircraft when…(B) the owner knows or has reason to know that the other person does not have proper authorization to operate or navigate the aircraft without registration for a period of time after transfer of ownership."

**Background of Investigation**

8. In March of 2021, law enforcement began an investigation into High Wing Aviation LLC ("High Wing Aviation") and its owner, Hector Tito Espinoza ("Espinoza"). Law enforcement had reason to believe that High Wing Aviation was laundering proceeds of narcotics trafficking through the purchase of airplanes in New York and Connecticut and also sold numerous airplanes to an organization in Bolivia to be used as part of a drug smuggling operation in that country.

9. As part of its investigation, law enforcement received information from a confidential source ("CS") about the sale of these airplanes from, among other places, the Danbury, Connecticut Airport ("Danbury Airport") to a male individual in Bolivia named "Ortiz," who was already a target of the federal investigation.

10. The CS told law enforcement that the airplanes stored at Danbury Airport were being sent to the target in Bolivia who was using them to transport narcotics through the "airbridge," which is a flight path from Bolivia to Peru and involves the transportation of finished cocaine and/or raw cocaine paste.

11. The CS also told law enforcement that the target in Bolivia laundered money using shell companies and banks in the United States. The CS told law enforcement that the airplanes were shipped from the United States to Bolivia in storage containers. The wings and the tail were removed from the airplanes and stored alongside the body of the plane in the shipping container.

12. The manager of Danbury Airport told law enforcement that the owner of High Wing Aviation would bring shipping containers into the airport at off hours to export planes. The CS also provided information to law enforcement that corroborated this information.

13. On March 14, 2021, law enforcement received information that High Wing Aviation had registered several planes which ultimately ended up in Bolivia. Law enforcement believes that High Wing Aviation acts as a straw owner that facilitates the purchase of aircrafts with American registration for foreign parties that would otherwise be ineligible to do so.

14. On March 24, 2021, law enforcement received documents from AIC Title Service ("AIC Title") pertaining to the transactions that led to Regina Santos Quispe's (Quispe) acquisition of the Defendant Airplane. AIC Title is a company specializing in aviation title and escrow services that handles both domestic and international aircraft transactions.

15. On October 7, 2020, Quispe sent an email to AIC Title stating that she would like to open an escrow account with AIC Title to purchase the Defendant Airplane for $199,900.00. Quispe's email stated "Miss sheila good afternoon we will like to open an escrow to buy the CESSNA 1980 N4723Y T210N SERIAL 21063993 for 199900us$. Mr Hector of high wing aviation will help us with all the export and registration. thank you".

16. Quispe reiterated this in an email on August 19, 2021, to CBP, affirming that she sought to purchase the Defendant Airplane on October 7, 2020. Further, in that same email, Quispe indicated that on October 8, 2020, she again requested a line escrow to purchase the Defendant Airplane. Also, on October 8, 2020, Quispe received a "Title Report Delivery" related to the Defendant Airplane, which indicated there was no liens on the Defendant Airplane.

17.     On October 29, 2020, Quispe made three transfers from her National Bank of Bolivia account to AIC Title's escrow account at Bank of America. The three transfers were for $96,300.00, $48,600.00, and $53,000.00 for a total of $197,900.00.

18.     On November 2, 2020, an Aircraft Bill of Sale was executed for the Defendant Airplane. This bill of sale represented that the Defendant Airplane was sold by Aircraft Ownership Solutions LLC and purchased by High Wing Aviation for $199,900.00. This form did not list Quispe as the purchaser of the Defendant Airplane, even though she paid for the Defendant Airplane by transferring money into an escrow account held by AIC Title.

19. The Aircraft Bill of Sale is included below:

**UNITED STATES OF AMERICA**
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

OMB Control No. 2120-0042
Exp. 04/30/2017

**AIRCRAFT BILL OF SALE**

FOR AND IN CONSIDERATION OF $ 1.00 + OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER: **N4723Y**

AIRCRAFT MANUFACTURER & MODEL: CESSNA, T210N

AIRCRAFT SERIAL No.: 21063993

DOES THIS 2nd DAY OF NOVEMBER, 2020 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

**PURCHASER**
NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

High Wing Aviation, LLC
2216-94th Street
East Elmhurst, NY 11369

DEALER CERTIFICATE NUMBER

AND TO successors EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF we HAVE SET our HAND AND SEAL THIS 2nd DAY OF nov 2020

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| Aircraft Ownership Solutions LLC | Digitally signed by TIMOTHY R. KEENAN  d.L79xqKNo8dPzPllkj62K2pknib4ci | Manager |
| | | |
| | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA:
AC Form 8050-2 (01/12) (NSN 0052-00-629-0003)

20. Additionally, consistent with the Aircraft Bill of Sale, AIC Title represented to the FAA that High Wing Aviation was the purchaser of the Defendant Aircraft, even though Quispe had paid for the Defendant Aircraft and arranged its purchase.



November 2nd, 2020

FEDERAL AVIATION ADMINISTRATION
AIRCRAFT REGISTRATION BRANCH
OKLAHOMA CITY, OK

RE: Cessna T210N S/N 21063993 N4723Y

Ladies and Gentlemen:

We are enclosing the following documents for your review and recordation:

**Bill of Sale (Digital)**
Seller: Aircraft Ownership Solutions LLC
Purchaser: High Wing Aviation, LLC

**Aircraft Registration Application (Digital)**
By: High Wing Aviation, LLC

**PLEASE HAND ORIGINAL REGISTRATION CERTIFICATE TO AIC TITLE SERVICE, LLC IN THE PD ROOM.**

If for any reason you find the documents to be unacceptable for recordation or not needed for FAA records please return them to AIC Title Service, LLC in the Public Documents Room.
Please return the originals and/or digitally signed recorded documents to AIC in the PD Room.

Sincerely,

Sheila Allen
Escrow Agent

FAA FEE $5.00

FILING TIME

6350 W Reno • Oklahoma City, OK 73127 • Ph: 800.288.2519 or 405.948.1811 • Fax: 405.948.1869 • www.aictitle.com

21. Despite not listing Quispe as the purchaser of the Defendant Airplane, on November 2, 2020, Espinoza and High Wing Aviation gave AIC Title authorization to release the funds provided by Quispe in Bolivia and held in escrow by AIC Title for purchase of the Defendant Airplane by Espinoza and High Wing Aviation.

22. Also on November 2, 2020, Espinoza filed an Aircraft Registration Application for the Defendant Airplane with the FAA listing High Wing Aviation, LLC as the registration applicant and owner of the Defendant Airplane, despite the fact that Quispe had, inter alia: (1) previously applied for a line of escrow to purchase the Defendant Airplane; (2) sought title verification that there were no liens on the Defendant Airplane; and (3) provided the money that was actually used to purchase the Defendant Airplane.

23. According to a Bill of Sale dated December 14, 2020, and originating from Bolivia, Quispe purchased the Defendant Airplane from High Wing Aviation for $101,600.00.

24. It is unclear whether Quispe actually paid High Wing Aviation another $101,600.00 for the purchase of the Defendant Airplane. Quispe, according to her own account, had already provided $197,900.00 for the purchase of the Defendant Airplane on November 2, 2020, as set forth above.

25. There is no evidence that Quispe sought any additional lines of escrow to provide High Wing Aviation with the alleged $101,600.00.

26. The Government's appraisal of the plane, after seizure, was only approximately $155,000.00.

27. As part of the administrative process preceding this action, Quispe provided an official Bolivian document that listed her "Pofesión/Ocupación" as "Labores De Casa." Upon

information and belief, this document lists Quispe's "Profession/Occupation" as "housework" or "homemaker."

28. Additionally, on December 28, 2020, Espinoza listed himself as the owner of the Defendant Airplane on an "Application for Export Certificate of Airworthiness." On this same form, he lists High Wing Aviation as the exporter and "Regina Santos Quisspe [sic]" as the foreign purchaser.

29. On April 8, 2021, law enforcement seized the Defendant Airplane and four other aircraft from Espinoza and High Wing Aviation at Danbury Municipal Airport in Danbury, Connecticut.

30. On April 30, 2021, Espinoza, along with his attorney, met with law enforcement and signed a DHS Form 4607 Notice of Abandonment and Asset to Forfeiture of Seized Merchandise, knowingly and voluntarily relinquishing any right he or High Wing Aviation may have held in the Defendant Airplane.

## CONCLUSION

31. Based on the above information, it is believed that One 1980 Cessna T210N Airplane, Tail Number N4723Y, Serial Number 21063993 is forfeitable pursuant to 49 U.S.C. § 46306(d)(1), which provides for the forfeiture of aircraft whose use is related to a violation of subsection (b) of this section, specifically 49 U.S.C. § 46306(b)(4), if the person obtains a certificate authorized to be issued under this part by knowingly and willfully falsifying or concealing a material fact, making a false, fictitious, or fraudulent statement, or making or using a false document knowing it contains a false, fictitious, or fraudulent statement or entry. Wherefore, the United States of America prays that Warrants of Arrest In Rem be issued for One 1980 Cessna T210N Airplane, Tail Number

N4723Y, Serial Number 21063993; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                VANESSA ROBERTS AVERY
                UNITED STATES ATTORNEY

By:   /S/ David C. Nelson
       David C. Nelson (ct25640)
       Assistant U.S. Attorney
       157 Church Street, 24th Floor
       New Haven, Connecticut 06510
       Tel:   (203) 821-3700
       Fax:  (203) 773-5373
       David.C.Nelson@usdoj.gov

## DECLARATION

I am a Special Agent with Homeland Security Investigations, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June, 2022.

/s/ Steven Mullen
STEVEN MULLEN
SPECIAL AGENT, HSI