**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*, | No. 3:22-cv-826 (KAD) |
| v. | |
| ONE 1980 CESSNA T210N AIRPLANE,<br>TAIL NUMBER N4723Y, SERIAL<br>NUMBER 21063993<br>  *Defendant*. | |
| [CLAIMANT:  REGINA SANTOS QUISPE] | |

WARRANT OF ARREST IN REM

To the Office of the United States Customs and Border Protection:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is identified as follows: One 1980 Cessna T210N Airplane, Tail Number N4723Y, Serial Number 21063993 and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District

Court, 141 Church Street, New Haven, Connecticut 06510, with a copy thereof sent to Assistant

United States Attorney David C. Nelson, 157 Church Street, 25th Floor, New Haven, Connecticut

06510.

Dated at Bridgeport, Connecticut, this 6th day of July, 2022.

DINAH MILTON KINNEY, CLERK

By: /s/ Kristen Gould

Deputy Clerk