# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v.<br><br>ONE 1980 CESSNA T210N AIRPLANE, TAIL NUMBER N4723Y, SERIAL NUMBER 21063993<br>   *Defendant*.<br><br>[CLAIMANT: REGINA SANTOS QUISPE] | Civil No. 3:22-cv-826 (KAD)<br><br><br><br><br><br><br><br><br><br>May 25, 2023 |

## MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, and a Stipulation for Compromise Settlement attached hereto as Exhibit A.

A proposed Decree of Forfeiture is submitted herewith.

VANESSA ROBERTS AVERY,
UNITED STATES ATTORNEY

By:   /S/ David C. Nelson
      David C. Nelson (ct25640)
      Assistant U.S. Attorney
      157 Church Street, 24th Floor
      New Haven, Connecticut 06510
      Tel:    (203) 821-3700
      Fax:    (203) 773-5373
      David.C.Nelson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 25, 2023, a copy of foregoing Motion for Decree of Forfeiture was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY