| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    *Plaintiff*, <br><br> v. <br><br> ONE 1980 CESSNA T210N AIRPLANE, TAIL NUMBER N4723Y, SERIAL NUMBER 21063993 <br>    *Defendant*. <br><br> [CLAIMANT:  REGINA SANTOS QUISPE] | Civil No. 3:22-cv-826 (KAD) |

## DECREE OF FORFEITURE

WHEREAS, on June 29, 2022, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, One 1980 Cessna T210N Airplane, Tail Number N4723Y, Serial Number 21063993 ("Defendant Airplane") pursuant to pursuant to 49 U.S.C. § 46306(d)(1).

WHEREAS, it appears that process was fully issued in this action and returned according to law;

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice of the forfeiture action against the Defendant Airplane was posted for 30 consecutive days, from June 30, 2022 to July 30, 2022, on the official internet government forfeiture site, www.forfeiture.gov;

WHEREAS, on June 30, 2022, notice of the Verified Complaint for Forfeiture was sent via first class United States Mail to the Claimant Regina Santos Quispe, through her attorney Leslie M. Sammis in accordance with Rule G(4)(b)(i);

1

WHEREAS, High Wing Aviation LLC ("High Wing Aviation") and its owner, Hector Tito Espinoza ("Espinoza") have knowingly and voluntarily relinquished any right High Wing Aviation or Espinoza may have held in the Defendant Airplane; and

WHEREAS, a Stipulation for Compromise Settlement was jointly entered into by Plaintiff United States of America and Claimant Regina Santos Quispe pursuant to the terms set forth therein, including a) that the Claimant Regina Santos Quispe agrees to the forfeiture of THIRTY-THREE THOUSAND DOLLARS AND ZERO CENTS in United States Currency ($33,000.00) to Plaintiff United States of America in lieu of the forfeiture of the Defendant Airplane and in full and final satisfaction of any and all claims, demands, and liens from which Plaintiff United States of America now have against the Defendant Airplane, and b) that Claimant Regina Santos Quispe will take custody of the Defendant Airplane upon payment of storage fees to the storage facility.

NOW, THEREFORE, on motion of Plaintiff, United States of America for a Decree of Forfeiture, it is hereby:

ORDERED, ADJUDGED AND DECREED that any default as to all other persons having any right, title or interest in the Defendant Airplane in this action be and is hereby entered herein;

ORDERED, ADJUDGED AND DECREED that the THIRTY-THREE THOUSAND DOLLARS AND ZERO CENTS in United States Currency ($33,000.00) paid by the Claimant to Plaintiff United States of America in lieu of the forfeiture of the Defendant Airplane, shall be forfeited to the United States of America;

ORDERED, ADJUDGED AND DECREED that Plaintiff United States of America shall allow the Claimant to retrieve the Defendant Airplane in accordance with the Stipulation for Compromise Settlement;

ORDERED, ADJUDGED AND DECREED that the Defendant Airplane is legally and equitably owned by the Claimant Regina Santos Quispe, free and clear of all liens, encumbrances, claims, and interests of Plaintiff United States of America and any third-parties including Espinoza and High Wing Aviation;

ORDERED, ADJUDGED AND DECREED that all agencies, bureaus, departments, offices, and any other entities of Plaintiff United States of America shall, upon receipt of this Decree, reflect in their records that the Defendant Airplane is the property of Claimant Regina Santos Quispe, and that it is free and clear of all liens, encumbrances, claims, and interests;

ORDERED, ADJUDGED AND DECREED that each of these agencies, bureaus, departments, offices, and other entities of Plaintiff United States of America shall, upon receipt of this Decree, take all necessary and appropriate actions to amend their records in accordance with this Decree, and to otherwise fully effectuate this Decree;

ORDERED, ADJUDGED AND DECREED that this Court retains jurisdiction to enforce this Decree and to make such further orders or grant such further relief as may be necessary to fully effectuate the purposes and intent of this Decree.

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this _____ day of _____, 2023.


_____
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE